## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ROBERT M. MILLER,<br>*Plaintiff,*<br><br>v.<br><br>MERRICK B. GARLAND, U.S. Attorney General,<br>U.S. DEPARTMENT OF JUSTICE; STEVEN<br>DETTELBACH, Director, Bureau of Alcohol<br>Tobacco, Firearms, and Explosives; BUREAU<br>OF ALCOHOL, TOBACCO, FIREARMS AND<br>EXPLOSIVES,<br>*Defendants.* | Civ. Case No:  1: 23cv 195 |

FILED
2023 FEB 13  A 11: 25

## INDEX OF EXHIBITS FOR VERIFIED COMPLAINT

Exhibit 1:     Final Rule, January 31, 2023

Exhibit 2:     Notice of Proposed Rulemaking, June 10, 2021

Exhibit 3:     Final Regulatory Impact Analysis, January 2023