UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT M. MILLER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MERRICK B. GARLAND, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-195 (RDA/JFA) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

　　Defendants, by and through undersigned counsel, hereby respectfully move this Court for an enlargement of time in which to file Defendants' opposition to Plaintiff's Application for a Preliminary Injunction (Dkt. No. 7-2). The grounds for this motion are set forth in the accompanying memorandum.

Dated: March 16, 2023                Respectfully submitted,

JESSICA D. ABER                    BRIAN M. BOYNTON
United States Attorney             Principal Deputy Assistant Attorney General

                                   BRIGHAM J. BOWEN
　　/s/                            Assistant Branch Director
KIRSTIN K. O'CONNOR
Assistant United States Attorney
Office of the United States Attorney           　　/s/
2100 Jamieson Ave.                 TAYLOR PITZ (CA Bar No. 332080)
Alexandria, VA 22314               FAITH E. LOWRY (TX Bar No. 24099560)
Tel:　(703) 299-3799               MICHAEL DREZNER (VA Bar No. 83836)
Fax:　(703) 299-3983               JODY D. LOWENSTEIN
Email:　kirstin.o'connor@usdoj.gov 　　(MT Bar No. 5816869)
                                   Trial Attorneys
                                   U.S. Department of Justice
                                   Civil Division, Federal Programs Branch
                                   1100 L Street, N.W.

1

Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Counsel for Defendants*