# EXHIBIT 1 to Reply to Opposition TRO

Tracking Number:

7021197000179014005

Copy Add to Informed Delivery

Remove

Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:09 pm on March 6, 2023 in ALEXANDRIA, VA 22314.

Delivered

**Delivered, Front Desk/Reception/Mail Room**

ALEXANDRIA, VA 22314

March 6, 2023, 1:09 pm

See All Tracking History

Tracking Number:

7021197000179014029

Copy Add to Informed Delivery

Remov

Latest Update

Your item was picked up at a postal facility at 5:00 am on March 13, 2023 in WASHINGTON, DC 20530.

Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530

March 13, 2023, 5:00 am

See All Tracking History

Tracking Number:

7021197000179014005

Copy Add to Informed Delivery

Remove

Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:09 pm on March 6, 2023 in ALEXANDRIA, VA 22314.

Delivered

**Delivered, Front Desk/Reception/Mail Room**

ALEXANDRIA, VA 22314

March 6, 2023, 1:09 pm

See All Tracking History









USPS Certified Mail Receipt
Sent To: Clerk, U.S. District Court for the Eastern District of Virginia
Street: 401 Courthouse Square
City: Alexandria, VA 22314
Date: 3-6-23
Certified Mail Fee: $4.15
Postage: $1.74
Total Postage and Fees: $5.89
03/03/2023
23-cv-195
Tracking: 7021 1970 0001 7901 4036



USPS Certified Mail Receipt
Sent To: Attorney General of the US, U.S. Department of Justice
Street: 950 Pennsylvania Ave NW
City: Washington, DC 20530-0001
Date: 3-13-23
Certified Mail Fee: $4.15
Postage: $1.74
Total Postage and Fees: $5.89
03/03/2023
23-cv-195
Tracking: 7021 1970 0001 7901 4029



USPS Certified Mail Receipt
Sent To: Civil Process Clerk, U.S. Attorney for the Eastern District of Virginia, Justin W. Williams U.S. Attorney's Building, 2100 Jamieson Ave
City: Alexandria, VA 22314
Date: 3-6-23
Certified Mail Fee: $4.15
Postage: $1.74
Total Postage and Fees: $5.89
03/03/2023
23-cv-195
Tracking: 7021 1970 0001 7901 4005