FILED: July 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1604
(1:23-cv-00195-RDA-JFA)
_____

ROBERT MICHAEL MILLER

    Plaintiff - Appellant

v.

MERRICK B. GARLAND, U.S. Attorney General, U.S. Department of Justice; STEVEN DETTELBACH, Director, Bureau of Alcohol Tobacco, Firearms, and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk