IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT M. MILLER, *Plaintiff*, v. PAMELA J. BONDI, *et al.*, *Defendants*. | Case No. 1:23-cv-195 (RDA/JFA) |

**STATUS REPORT & CONSENT MOTION FOR SCHEDULE**

On September 18, 2024, the Court granted Defendants' Consent Motion to Modify Stay of Proceedings, staying this action "pending the Fifth Circuit's decision in *Mock v. Garland*, No. 24-10743 (5th Cir.)," and directed that "Defendants shall respond to Plaintiffs Complaint within 30 days of the Fifth Circuit's decision in said appeal." Order, ECF No. 47.

On July 25, 2025, the Fifth Circuit entered an order granting a joint stipulation to dismiss the appeal in *Mock*. Accordingly, the final rule at issue in the present action, *Factoring Criteria for Firearms with Attached "Stabilizing Braces"* (the "Final Rule"), 88 Fed. Reg. 6,478 (Jan. 31, 2023), has been vacated by the district court's decision in *Mock v. Garland*, 2024 WL 2982056, at *6 (N.D. Tex. June 13, 2024).

The parties have conferred regarding the future proceedings in this action and respectfully request that the Court adopt a schedule for the filing of an amended complaint. In light of the developments in *Mock*, Plaintiff intends to amend his complaint. The parties propose that Plaintiff file a motion for leave to amend his complaint no later than October 6, 2025, and that Defendants respond to the amended complaint within 30 days from the later of either a Court order deeming a proposed amended complaint filed, or the filing of an amended complaint. Good cause supports entry of this briefing schedule because the developments in *Mock* have substantially altered the focus of this action,

1

and proper amendment may facilitate efficient resolution of Plaintiff's remaining claims. The parties appreciate the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| ERIK S. SIEBERT<br>UNITED STATES ATTORNEY | BRETT A. SHUMATE<br>Assistant Attorney General |
| | ANDREW I. WARDEN<br>Assistant Branch Director |
| _____/s/_____<br>KIRSTIN K. O'CONNOR<br>Assistant United States Attorney<br>Office of the United States Attorney<br>2100 Jamieson Ave.<br>Alexandria, VA 22314<br>Tel:   (703) 299-3799<br>Fax:  (703) 299-3983<br>Email: kirstin.o'connor@usdoj.gov | */s/ Taylor Pitz*<br>TAYLOR PITZ<br>Cal. Bar No. 332080<br>JODY D. LOWENSTEIN<br>Mont. Bar No. 55816869<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 305-5200<br>Email: taylor.n.pitz@usdoj.gov |
| Dated: August 21, 2025 | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

On August 21, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the Eastern District of Virginia, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>                /s/
> KIRSTIN K. O'CONNOR
> Assistant United States Attorney