IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT M. MILLER,<br>   *Plaintiff,*<br>v.<br>PAMELA J. BONDI, et al.,<br>   *Defendants.* | Case No: 1:23-cv-195 (RDA/JFA) |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff voluntarily withdraws his Complaint and First Amended Complaint in their entireties.

Plaintiff requests that this Court dismiss all of Plaintiff's claims without prejudice.

EXECUTED October 9, 2025

              */s/ Robert M. Miller*
              Robert M. Miller, Ph.D.
              4094 Majestic Ln., #278
              Fairfax, VA 22033
              (415) 596-2444
              RobMiller44@hotmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on <u>October 9, 2025</u> a copy of the foregoing <u>NOTICE OF DISMISSAL</u> was filed by U.S. Postal Service mail.

I caused a copy of this filing to be served by CM/ECF and e-mail to:

TAYLOR PITZ
JODY LOWENSTEIN
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*

Dated October 9, 2025:                    /s/ *Robert M. Miller*
　　　　　　　　　　　　　　　　　　　　　Robert M. Miller
　　　　　　　　　　　　　　　　　　　　　*Mailing address:*
　　　　　　　　　　　　　　　　　　　　　4094 Majestic Ln, #278
　　　　　　　　　　　　　　　　　　　　　Fairfax, VA  22033
　　　　　　　　　　　　　　　　　　　　　(415) 596-2444
　　　　　　　　　　　　　　　　　　　　　Robmiller44@hotmail.com

　　　　　　　　　　　　　　　　　　　　　*Plaintiff, Pro Se*